# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:25-CR-00067 |
| v. | (Chief Judge Brann) |
| KALYL YOUNG | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. §§ 1791(a)(2)
(Possessing Contraband in Prison)

On or about August 19, 2024, at the Federal Correctional Institution Allenwood, in Union County, within the Middle District of Pennsylvania, the defendant,

**KALYL YOUNG,**

being an inmate of the Federal Correctional Institution Allenwood, did knowingly possess a prohibited object, that is, a weapon and object designed to be used as a weapon, specifically a five-and one-half-inch piece of metal sharpened to a point.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

JOHN C. GURGANUS
Acting United States Attorney

███████████
FOREPERSON

*Tatum Wilson*
TATUM R. WILSON
Assistant United States Attorney

3-4-25
Date

2